JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA P.,[1] | Case No. 2:23-cv-02658-SPG-RAO |
| Plaintiff, | **JUDGMENT** |
| v. | |
| LELAND DUDEK, Acting Commissioner of Social Security,[2] | |
| Defendant. | |

Pursuant to the Court's Order Accepting Report and Recommendation of United States Magistrate Judge,

//
//
//
//
//

---

[1] Partially redacted in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.

[2] Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Leland Dudek, the Commissioner of Social Security, is hereby substituted as the Defendant.

1  IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social
2  Security is AFFIRMED.  Judgment is entered for the Commissioner.
3
4  **IT IS SO ORDERED.**
5  DATED:  March 31, 2025

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE